IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OJORE MULUMBA AJAMU, VII,** | ) | CASE NO. 8:05CV319 |
| **Plaintiff,** | ) | |
| v. | ) | ORDER |
| **DOUGLAS COUNTY, NEBRASKA,** | ) | |
| **Defendant.** | ) | |

IT IS ORDERED:

The plaintiff's "Response to Defendant's Entry of Appearance," Filing No. 62, interpreted as a motion to strike certain arguments and allegations raised by the defendant in this case, is denied.

Dated this 13th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge